THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JARBINS HERNANDEZ, ERIAN PEREZ
SANTOS, AND HUBERT L. PEREZ,

Plaintiffs,

vs.                                                                No. 10cv00868 RHS/WDS

WILLIAM LESLEY LEGRANT, NEW
CENTURY VAN LINES, INC. AND
STEVENS VAN LINES, INC.,

Defendants,

and

WILLIAM LESLEY LEGRANT,

Counter-Plaintiff,

v.

JARBINS HERNANDEZ, HUBERT L. PEREZ,
ROCKIN P EXPRESS ENTERPRISES, INC.,
Counter-Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

PLEASE BE ADVISED that the **SETTLEMENT CONFERENCE** set for **January 11, 2013** is vacated and will be reset upon the resolution of the court ordered injunction against Gramercy Insurance Company. The parties are directed to file a status report regarding the injunction every 90 days from the date of this order.

**IT IS SO ORDERED.**

W. DANIEL SCHNEIDER
United States Magistrate Judge